IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA HULL,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHEAST LEGAL GROUP, LLC.,<br><br>　　　　　　Defendant. | 4:12CV3224<br><br>**MEMORANDUM AND ORDER** |

　　　　The plaintiff has moved for Post-Judgment Discovery in accordance with Rule 69(a)(2) of the Federal Rules of Civil Procedure. The defendant has failed to respond and the deadline for responding has passed. The motion is deemed fully submitted.

　　　　Upon review of the plaintiff's motion,

　　　　IT IS ORDERED:

1)　　The Plaintiff's motion for post-judgment discovery, (Filing No. 27), is granted.

2)　　The defendant shall serve full and complete responses to the discovery by no later than September 20, 2013.

September 6, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge