IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA HULL,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHEAST LEGAL GROUP, LLC.,<br><br>    Defendant. | 4:12-CV-3224<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on its own motion. On April 9, 2013, the Court granted plaintiff's motion for default judgment, and set a hearing to determine the amount of damages. *See* filings 13, 14, and 15. The docket sheet reflects that copies of these orders (and all previous orders) were mailed to defendant at its address of record. However, the Court has learned that defendant was not mailed copies of any orders entered after that point, including the judgment (filing 23), entered on May 31, 2013. The Court regrets the inconvenience to the parties; copies of these orders will be mailed to defendant's address of record.

  The Court also finds that defendant must be given a new opportunity to respond to the amount of costs requested by plaintiff. That plaintiff is entitled to costs is no longer at issue. Plaintiff was awarded costs following the hearing of May 24, 2013, of which defendant received adequate notice. *See* filings 13–16, 22, 23, and 25. However, defendant did not receive a copy of the Court's order of June 3, 2013. That order gave defendant 14 days to respond to the amount of costs requested by plaintiff, and stated that absent a response, costs would be entered in the amount requested. Filing 25. When defendant did not respond, costs were entered in the amount requested. Filing 26. The defendant should now be given an opportunity to respond to filing 25.

  THEREFORE, IT IS ORDERED:

1.  The Clerk's Office is directed to mail copies of the following filings to defendant: Memorandum and Order of May 31, 2013 (filing 22), Judgment of May 31, 2013 (filing 23), Bill of Costs dated June 3, 2013 (filing 24 and attachment 24-1),

      Text Order of June 3, 2013 (filing 25), Taxation of Costs of June 27, 2013 (filing 26), Memorandum and Order of September 6, 2013 (filing 28), and Order of October 8, 2013 (filing 30). The Clerk's office is also directed to mail a copy of this order to defendant.

2. The above copies shall be mailed to the following addresses:

    Northeast Legal Group, LLC.
    17 Squadron Blvd., 3rd Fl
    New City, NY 10956

    Northeast Legal Group, LLC.
    P.O. Box 207
    Goshen, NY 10924

    Northeast Legal Group, LLC.
    c/o Vcorp Services, LLC.
    1811 Silverside Road
    Wilmington, DE 19810

3. Defendant shall have until November 5, 2013, to file any response to the amount of costs requested by plaintiff. Filing 24. Plaintiff shall have until November 12, 2013, to file a reply, if necessary. Absent a response from defendant, the current order taxing costs against defendant (filing 26) will remain in effect.

Dated this 22nd day of October, 2013.

                                  BY THE COURT:

                                  */s/ John M. Gerrard*
                                  John M. Gerrard
                                  United States District Judge