IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA HULL,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHEAST LEGAL GROUP, LLC.,<br><br>        Defendant. | 4:12CV3224<br><br>**MEMORANDUM AND ORDER** |

A hearing was convened today on the Plaintiff's motion for an order requiring the Defendant to show cause, if any, why it should not be held in contempt for failing to comply with this court's order requiring the defendant to respond to post-judgment discovery. The defendant was served with notice of today's hearing, (see filing no. 37), but did not appear at the show cause hearing, or contact the court to explain its absence.

Accordingly,

IT IS ORDERED:

1) Northeast Legal Group, LLC. has failed to show cause why it should not be held in contempt for failing and refusing to comply with the court's order, (Filing No. 28).

2) Northeast Legal Group, LLC. is in contempt of court.

3) Northeast Legal Group, LLC. can purge this contempt by either:

- producing and serving full and complete responses to the plaintiff's post-judgment discovery on plaintiff's counsel, David M. Marco, Smith, Marco Law Firm, 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, by no later than **February 18, 2014**, or

- appearing before this court on **February 25, 2014 at 2:00 p.m.** with a full and complete responses to the plaintiff's post-judgment discovery.

        Northeast Legal Group, LLC.'s failure to timely comply with this order may result in the immediate arrest of its principals and/or members.

4)     The clerk shall deliver three certified copies of this order to the U.S. Marshal, along with completed USM-285 forms for service on the defendant.

5)     The Marshal shall personally serve a certified copy of this order on Northeast Legal Group, LLC. at each of the following addresses:

> Northeast Legal Group, LLC., 17 Squadron Blvd., 3rd Fl, New City, NY 10956;
>
> Northeast Legal Group, LLC., P.O. Box 207, Goshen, NY 10924;
>
> Northeast Legal Group, LLC., c/o Vcorp Services, LLC., 1811 Silverside Road, Wilmington, DE 19810.
>
> The Marshal shall file a return of service stating it has served this order on the defendant and the method, location, and date of such service.

6)     A hearing will be held before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska on **February 25, 2014** at **1:00 p.m. (CST).** If the defendant failed to timely produce and serve full and complete responses to the plaintiff's post-judgment discovery by February 18, 2014, it shall appear at the hearing.

7)     The plaintiff's supplemental motion for attorney fees, (Filing No. 36), is granted. In addition to the previous awards and judgment entered herein, the plaintiff is awarded an additional $951.00 as fees and expenses incurred in pursuing and compelling post-judgment discovery in this case.

January 21, 2014.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge