IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Cynthia Hull<br><br>                Plaintiff,<br><br>vs.<br><br>Northeast Legal Group<br><br>                Defendant. | 4:12CV3224<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's motion to continue the hearing set for February 25, 2014 at 1:00 p.m. before the undersigned magistrate, (Filing No. 46). Plaintiff requested an forty-five (45) day continuance of the hearing. Based upon the representations of counsel,

IT IS ORDERED:

1) The hearing is continued until April 4, 2014 at 1:00 p.m. In order to purge the court's previous finding that the defendant is in contempt of court, (Filing No. 42), the defendant must appear personally before this court and provide full and complete responses to plaintiff's post judgment discovery. Northeast Legal Group, LLC.'s failure to timely comply with this order may result in the immediate arrest of its principals and/or members.

2) The clerk shall deliver three certified copies of this order to the U.S. Marshal, along with completed USM-285 forms for service on the defendant.

3) The Marshal shall serve in person, and not by certified mail or any other method, a certified copy of this order on Northeast Legal Group, LLC. at each of the following addresses:

> Northeast Legal Group, LLC., 17 Squadron Blvd., 3rd Fl, New City, NY 10956;
>
> Northeast Legal Group, LLC., P.O. Box 207, Goshen, NY 10924;
>
> Northeast Legal Group, LLC., c/o Vcorp Services, LLC., 1811 Silverside Road, Wilmington, DE 19810.

The Marshal shall file a return of service stating it has served this order on the defendant and the method, location, and date of such service.

February 25, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge